HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRASER ROTCHFORD, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON COUNTY, <br><br> Defendant. | CASE NO. C19-5025RBL <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. # 12].

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff Rotchford's complaint is **DISMISSED** without prejudice for repeatedly failing to comply with the Court's orders;

3. If he appeals, Rotchford's *in forma pauperis* status will **NOT** continue; it would be frivolous to appeal a dismissal without prejudice for failing to make any effort to demonstrate the plausibility of his claim;

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

4. The Clerk shall send copies of this Order to the Rotchford's last known address and to Magistrate Judge Creatura.

IT IS SO ORDERED.

Dated this 28th day of June, 2019.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2